IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TIMOTHY LINCOLN,** | 2:07-cv-0689 DFL EFB P |
| Petitioner, | **ORDER** |
| **v.** | |
| **SACRAMENTO COUNTY PROBATION, et al.,** | |
| Respondents. | |

        GOOD CAUSE APPEARING, Respondent's application for a 30-day extension of

time in which to file a response in this matter is hereby GRANTED.  Respondent's response is

due on July 14, 2007.

Dated:   June 28, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE