IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LINCOLN, | Case No. CIV S-07-0689 RRB EFB P |
| Petitioner, | |
| v. | |
| SACRAMENTO COUNTY PROBATION, et al., | ORDER |
| Respondents. | |

Petitioner is a state prisoner with counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner requests, and the parties have stipulated to, an extension of time for petitioner to file his reply to respondent's response to petition for writ of habeas corpus. Good cause appearing, the request is granted. Petitioner has until September 13, 2007, in which to file his reply. The deadline for respondent's surreply, if any, will be extended to 15 days thereafter.

Dated: August 8, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE